**JPMorganChase**

RCO Centralized Mail
Mail Code LA4-7300
700 Kansas Lane
Monroe, LA 71203-4774

8/2/2023

John R Fahy
Whitaker Chalk Swindle & Schwartz PLLC
301 Commerca St. Ste. 3500
Fort Worth, TX 76102

**Case Name: ABTC Corp; Marcus Andrade**
**Case No.: N/A**
**JPMorgan Chase File No: SB1449357-F3**

Dear Sir/Madam:

Your objection was received after records were produced. Please contact the requestor with any further questions.

Sincerely,

National Subpoena Processing

Subp107
JPMorgan Chase Bank, N.A. Member FDIC