

**FinCEN** | Financial Crimes Enforcement Network
United States Department of the Treasury

Exhibit 2

## RMSB Transcript
BSA: 31000148722964 and DCN:

| Filing Information | |
|---|---|
| Valid Registration | Yes |
| Filing Date | 06/12/2019 |
| Received Date | 06/12/2019 |
| Entry Date | 06/13/2019 |
| Submission Method | Electronic discrete filing |

| Registrant Information | | | |
|---|---|---|---|
| Individual/Organization | Organization | | |
| Legal/Last Name | ABTC Corp. | | |
| Alternate Name (such as AKA, DBA) | AML Bitcoin | | |
| EIN | ███████ | | |
| Address | Address Type | MSB registrant address | |
| | Street Address | 1001 W. Loop South, Suite 635 | |
| | | 1001 W. LOOP SOUTH, SUITE 635 - Enhanced | |
| | City | Houston | |
| | | HOUSTON - Enhanced | |
| | State | TX | |
| | | TX - Enhanced | |
| | ZIP Code | 77027 | |
| | | 77027 - Enhanced | |
| | Country | US | |
| | | US - Enhanced | |
| Phone Number | Type | Work | |
| | Number | ███████ 4274 | |
| E-mail address | compliance@amlbitcoin.com | | |
| Website | amlbitcoin.com | | |
| Compliance Contact | Full Name | Marcus Andrade | |
| | Phone Number | ███████ 4274 | |
| | Phone Type | Work | |

| Primary Transaction Account 1 of 1 | | | |
|---|---|---|---|
| Institution Name | Chase Bank | | |
| Type of Financial Institution | Depository institution | | |
| Primary Account Number | ███████ | | |
| Depository Financial Institution Routing Number | ███████ | | |
| Address | Address Type | MSB registrant address | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## RMSB Transcript
BSA: 31000148722964 and DCN:

### Registrant Information

| | | |
|---|---|---|
| | Street Address | 1001 W. Loop South, Suite 635 |
| | | 1001 W. LOOP SOUTH, SUITE 635 - Enhanced |
| | City | Houston |
| | | HOUSTON - Enhanced |
| | State | TX |
| | | TX - Enhanced |
| | ZIP Code | 77027 |
| | | 77027 - Enhanced |
| | Country | US |
| | | US - Enhanced |

### Location of Supporting Documentation

| | | |
|---|---|---|
| Supporting document is kept at Registrant's Address | Yes | |
| Address | Address Type | MSB supporting document location address |
| | Street Address | 1001 W. Loop South, Suite 635 |
| | | 1001 W. LOOP SOUTH, SUITE 635 - Enhanced |
| | City | Houston |
| | | HOUSTON - Enhanced |
| | State | TX |
| | | TX - Enhanced |
| | ZIP Code | 77027 |
| | | 77027 - Enhanced |
| | Country | US |
| | | US - Enhanced |

### Owner or Controlling Person

| | | |
|---|---|---|
| Role | Owner or controlling person | |
| Individual/Organization | Organization | |
| Individual's Last Name or Entity's Legal Name | ABTC Corp. | |
| Form(s) of Identification | Identification Type | EIN |
| | Identification Number | ████████ |
| Address | Address Type | MSB owner or controlling party address |
| | Street Address | 1001 W. Loop South, Suite 635 |
| | | 1001 W. LOOP SOUTH, SUITE 635 - Enhanced |
| | City | Houston |
| | | HOUSTON - Enhanced |
| | State | TX |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

RMSB Transcript
BSA: 31000148722964 and DCN:

| Owner or Controlling Person | | |
|---|---|---|
| | | TX - Enhanced |
| | ZIP Code | 77027 |
| | | 77027 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Phone Number(s) | Type | Work |
| | Number | ▮▮▮▮▮▮ 4274 |
| E-mail address | | compliance@amlbitcoin.com |

| Money Service(s) and Product Information | | |
|---|---|---|
| Locations of Registrant | *Alabama* | *Alaska* |
| | *American Samoa* | *Arizona* |
| | *Arkansas* | *California* |
| | *Colorado* | *Connecticut* |
| | *Delaware* | *District of Columbia* |
| | *FS of Micronesia* | *Florida* |
| | *Georgia* | *Guam* |
| | *Hawaii* | *Idaho* |
| | *Illinois* | *Indiana* |
| | *Iowa* | *Kansas* |
| | *Kentucky* | *Louisiana* |
| | *Maine* | *Marshall Islands* |
| | *Maryland* | *Massachusetts* |
| | *Michigan* | *Minnesota* |
| | *Mississippi* | *Missouri* |
| | *Montana* | *Nebraska* |
| | *Nevada* | *New Hampshire* |
| | *New Jersey* | *New Mexico* |
| | *New York* | *North Carolina* |
| | *North Dakota* | *Northern Mariana Islands* |
| | *Ohio* | *Oklahoma* |
| | *Oregon* | *Palau* |
| | *Pennsylvania* | *Puerto Rico* |
| | *Rhode Island* | *South Carolina* |
| | *South Dakota* | *Tennessee* |
| | *Texas* | *Utah* |
| | *Vermont* | *Virgin Islands* |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



BSA: 31000148722964

RMSB Transcript
BSA: 31000148722964 and DCN:

| Money Service(s) and Product Information | |
|---|---|
| | Virginia                Washington |
| | West Virginia           Wisconsin |
| | Wyoming |
| Money Services Business Activities | Money transmitter |
| Registrant Is Part of Informal Value Transfer System | Yes |
| Registrant Is Part of Mobile Operation | No |

| Authorized Signature | |
|---|---|
| Signature | Yes |
| Signature Name | Marcus Andrade |
| Title | President, ABTC Corp. |
| Signature Date | 06/12/2019 |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



# RMSB Transcript
BSA: 31000164595412 and DCN:

| Filing Information | |
|---|---|
| Type of Filing | Correct/Amend Report<br>Renewal<br>Prior BSA ID : 31000148722964 |
| Valid Registration | Yes |
| Filing Date | 03/10/2020 |
| Received Date | 03/10/2020 |
| Entry Date | 03/11/2020 |
| Submission Method | Electronic discrete filing |

| Registrant Information | | |
|---|---|---|
| Individual/Organization | Organization | |
| Legal/Last Name | ABTC Corp. | |
| EIN | | |
| Address | Address Type | MSB registrant address |
| | Street Address | 7324 Southwest Fwy, Suite 600 |
| | | 7324 SOUTHWEST FWY STE 600 - Enhanced |
| | City | Houston |
| | | HOUSTON - Enhanced |
| | State | TX |
| | | TX - Enhanced |
| | ZIP Code | 77074 |
| | | 77074-2060 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Phone Number | Type | Work |
| | Number | 4274 |
| E-mail address | compliance@amlbitcoin.com | |
| Website | amlbitcoin.com | |
| Compliance Contact | Full Name | Marcus Andrade |
| | Phone Number | 4274 |
| | Phone Type | Work |

| Primary Transaction Account 1 of 1 | |
|---|---|
| Institution Name | Bank of America |
| Type of Financial Institution | Depository institution |
| Primary Account Number | |
| Depository Financial Institution Routing Number | |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.

# FinCEN | Financial Crimes Enforcement Network
United States Department of the Treasury

## RMSB Transcript
BSA: 31000164595412 and DCN:

BSA: 31000164595412

| Registrant Information | | | |
|---|---|---|---|
| Address | Address Type | | MSB registrant address |
| | Street Address | | 7324 Southwest Fwy, Suite 600 |
| | | | 7324 SOUTHWEST FWY STE 600 - Enhanced |
| | City | | Houston |
| | | | HOUSTON - Enhanced |
| | State | | TX |
| | | | TX - Enhanced |
| | ZIP Code | | 77074 |
| | | | 77074-2060 - Enhanced |
| | Country | | US |
| | | | US - Enhanced |

| Location of Supporting Documentation | | | |
|---|---|---|---|
| Supporting document is kept at Registrant's Address | Yes | | |
| Address | Address Type | | MSB supporting document location address |
| | Street Address | | 7324 Southwest Fwy, Suite 600 |
| | | | 7324 SOUTHWEST FWY STE 600 - Enhanced |
| | City | | Houston |
| | | | HOUSTON - Enhanced |
| | State | | TX |
| | | | TX - Enhanced |
| | ZIP Code | | 77074 |
| | | | 77074-2060 - Enhanced |
| | Country | | US |
| | | | US - Enhanced |

| Owner or Controlling Person | | | |
|---|---|---|---|
| Role | Owner or controlling person | | |
| Individual/Organization | Organization | | |
| Individual's Last Name or Entity's Legal Name | ABTC Corp. | | |
| Form(s) of Identification | Identification Type | | EIN |
| | Identification Number | | ███████ |
| Address | Address Type | | MSB owner or controlling party address |
| | Street Address | | 7324 Southwest Fwy, Suite 600 |
| | | | 7324 SOUTHWEST FWY STE 600 - Enhanced |
| | City | | Houston |
| | | | HOUSTON - Enhanced |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



# RMSB Transcript
BSA: 31000164595412 and DCN:

| Owner or Controlling Person | | |
|---|---|---|
| | State | TX |
| | | TX - Enhanced |
| | ZIP Code | |
| | | 77074-2060 - Enhanced |
| | Country | US |
| | | US - Enhanced |
| Phone Number(s) | Type | Work |
| | Number | ▓▓▓▓▓▓▓4274 |
| E-mail address | | compliance@amlbitcoin.com |
| Website | | amlbitcoin.com |

| Money Service(s) and Product Information | | |
|---|---|---|
| Locations of Registrant | Alabama | Alaska |
| | All States & Territories | American Samoa |
| | Arizona | Arkansas |
| | California | Colorado |
| | Connecticut | Delaware |
| | District of Columbia | FS of Micronesia |
| | Florida | Georgia |
| | Guam | Hawaii |
| | Idaho | Illinois |
| | Indiana | Iowa |
| | Kansas | Kentucky |
| | Louisiana | Maine |
| | Marshall Islands | Maryland |
| | Massachusetts | Michigan |
| | Minnesota | Mississippi |
| | Missouri | Montana |
| | Nebraska | Nevada |
| | New Hampshire | New Jersey |
| | New Mexico | New York |
| | North Carolina | North Dakota |
| | Northern Mariana Islands | Ohio |
| | Oklahoma | Oregon |
| | Palau | Pennsylvania |
| | Puerto Rico | Rhode Island |
| | South Carolina | South Dakota |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.



RMSB Transcript
BSA: 31000164595412 and DCN:

| Money Service(s) and Product Information | |  |
|---|---|---|
| | Tennessee | Texas |
| | Utah | Vermont |
| | Virgin Islands | Virginia |
| | Washington | West Virginia |
| | Wisconsin | Wyoming |
| Money Services Business Activities | Money transmitter | |
| Registrant Is Part of Informal Value Transfer System | Yes | |
| Registrant Is Part of Mobile Operation | No | |

| Authorized Signature | |
|---|---|
| Signature | Yes |
| Signature Name | Marcus Andrade |
| Title | President, ABTC Corp. |
| Signature Date | 03/10/2020 |

The enclosed information was collected and disseminated under provisions of the Bank Secrecy Act (the BSA) and U.S. Department of the Treasury regulations implementing the BSA. See 31 U.S.C. 5311, et seq.; 31 CFR Chapter X. The information is sensitive in nature and is to be treated accordingly. The information may be used only for a purpose consistent with a criminal, tax, or regulatory investigation or proceeding, or in the conduct of intelligence or counterintelligence activities, including analysis, to protect against international terrorism. See 31 U.S.C. 5311. The information cannot be further released, disseminated, disclosed, or transmitted without prior approval of the Director of Financial Crimes Enforcement Network or his authorized delegate. Suspicious activity reports filed under the BSA must be treated with particular care given that they contain unsubstantiated allegations of possible criminal activity, akin to confidential informant tips. Unauthorized release of information collected under the BSA may result in criminal or civil sanctions.