Certified Mailing Solutions, Inc. ETC® - Electronic Tracking & Confirmation®

The following information below was provided by the US Postal Service (USPS), and presented in this form ERR® - Electronic Return Receipt™ through Certified Mailing Solutions, Inc. (CMSI) and ETC® - Electronic Tracking & Confirmation®. If signature is required of the recipient, a request must be made prior to mailing.



Exhibit
5

# ELECTRONIC TRACKING INFORMATION
## 9314 8001 1300 0165 7897 12

Pg. 2 of 2

**USPS Electronic Tracking and Delivery Confirmation Information**

```
Your item has been marked as DELIVERED LEFT WITH INDIVIDUAL on September 26, 2023
at  3:45PM in HOUSTON,TX 77074.
Your item has been marked as RESCHEDULED TO NEXT DELIVERY DAY on September 25,
2023 at  6:22PM in HOUSTON,TX 77074.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on September 24,
2023 at 10:12PM in NORTH HOUSTON TX DISTRIBUTION C 77315.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on September 24,
2023 at 12:05AM in NORTH HOUSTON TX DISTRIBUTION C 77315.
Arrived at PO 77315----141--09/24/2023 00:05:42
Your item has been marked as VACANT on September 23, 2023 at  6:01PM in
HOUSTON,TX 77074.
Arrived at PO 77074----517--09/22/2023 12:06:28
Your item has been marked as INSUFFICIENT ADDRESS on September 22, 2023 at
5:36PM in HOUSTON,TX 77074.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on September 21,
2023 at 10:16PM in NORTH HOUSTON TX DISTRIBUTION C 77315.
Arrived at PO 77315----146--09/21/2023 22:16:02
Your item has been marked as PROCESSED THROUGH USPS FACILITY on September 20,
2023 at  2:43PM in NORTH HOUSTON TX DISTRIBUTION C 77315.
Your item has been marked as PROCESSED THROUGH USPS FACILITY on September 19,
2023 at  9:30PM in SHREVEPORT LA DISTRIBUTION CENT 71102.
Arrived at PO 77315----143--09/20/2023 14:43:01
Arrived at PO 71102----331--09/19/2023 21:30:24
WAITING FOR USPS SCAN
```

**Report Copyright 2001 by Certified Mailing Solutions, Inc.. All Rights Reserved.** The U.S. Postal Service has provided the delivery information shown on this report. This report and data will remain accessible from CMSI for a minimum period of ten (10) years or more if required from the last event date shown above.
For additional information contact,   **Certified Mailing Solutions, Inc. at 1-800.946.3274.**

CMSI/PS FORM 3877

Flats 9 X 12

Andrea James
Internal Revenue Service
1401 Hudson Ln Ste 134
Monroe LA 71201

CMSI Manifest

| | |
|---|---|
| Date: | 9/19/2023 |
| Time: | 9:16AM |
| Number: | 1316602 |

| Article No. | Addressee Name<br>Delivery Address | Wt. oz. | Zip/Zone | Class/Rate | Cert Fee | SC Fee | RD Fee | Postage Fee | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 9314800113000165789712<br>SEQ#00000001 | MARCUS ANDRADE<br>ABTC CORP<br>7324 SOUTHWEST FWY STE 222<br>HOUSTON TX 77074-2060 | 4.00 | | 1C | 4.35 | 2.20 | 0.00 | 1.830 | 8.38 |

| | Pieces | Postage | Certified | Return Reciept | Restricted Del. | Total Cost |
|---|---|---|---|---|---|---|
| Page Totals | 1 | 1.830 | 4.35 | 2.20 | 0.00 | 8.38 |

USPS CERTIFICATION

Total Number of Received:            1

Signature of USPS Receiving Employee

CMSI FORM 04, 2001 (Certified Mailing Solutions, Inc. Copyright 2001-2023 all rights reserved)          Place Round Stamp Here

Note: Postage weight is calculated to the next whole ounce.