The following information below was provided by the US Postal Service (USPS), and presented in this form ERR® - Electronic Return Receipt™ through Certified Mailing Solutions, Inc. (CMSI) and ETC® - Electronic Tracking & Confirmation®. If signature is required of the recipient, a request must be made prior to mailing.

**Exhibit**
6

Pg. 1 of 2

### ERR® - ELECTRONIC RETURN RECEIPT™   Ser.# 871337.105 / 3,600,075

1. Article Addressed to:

**MARCUS ANDRADE**
**ABTC CORP**
**7324 SOUTHWEST FWY STE 222**
**HOUSTON TX 77074-2060**

*Delivery Confirmation*

Your item has been marked as DELIVERED LEFT WITH INDIVIDUAL on September 26, 2023 at 3:45PM in HOUSTON,TX 77074.

3. Service Type

[X] Certified Mail    [ ] Express Mail
[ ] Restricted Delivery    [ ] Return Receipt
[ ] Insured Mail    [ ] C. O. D.

2. Article Number    **9314 8001 1300 0165 7897 12**

CMSI Form 8533, March 2009

**Report Copyright 2001 by Certified Mailing Solutions, Inc.. All Rights Reserved.** The U.S. Postal Service has provided the delivery information shown on this report. This report and data will remain accessible from CMSI for a minimum period of ten (10) years or more if required from the last event date shown above.
For additional information contact,   **Certified Mailing Solutions, Inc. at 1-800.946.3274.**