Page 1

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE SOUTHERN DISTRICT OF TEXAS

 3                            HOUSTON DIVISION

 4   ANDRADE ET AL                  §    CASE NO. 4:24-mc-00248
                                     §    HOUSTON, TX
 5   VERSUS                          §    WEDNESDAY,
                                     §    MAY 1, 2024
 6   IRS-SD TX                       §    3:05 P.M. TO 3:20 P.M.

 7                             MOTION HEARING

 8              BEFORE THE HONORABLE DREW B. TIPTON
                    UNITED STATES MAGISTRATE JUDGE
 9
                                APPEARANCES:
10

11       FOR THE PARTIES:              SEE NEXT PAGE

12       COURT REPORTER:               KELLI PAPAIOANNOU

13       COURT CLERK:                  G. CLAIR

14

15

16

17

18

19

20                    TRANSCRIPTION SERVICE BY:

21                    Veritext Legal Solutions
                   330 Old Country Road, Suite 300
22                      Mineola, NY 11501
                Tel: 800-727-6396 ▼ www.veritext.com
23
          Proceedings recorded by electronic sound recording; transcript
24                 produced by transcription service.

25
```

```
 1                          APPEARANCES:

 2

 3   FOR THE PLAINTIFF:         PRATT FLACK LLP
                                Paul D. Flack, Esq.
 4                              4306 Yoakum Boulevard
                                Suite 500
 5                              Houston, TX 77006
                                713-705-3087
 6

 7   FOR THE DEFENDANTS:        U.S. DEPARTMENT OF JUSTICE
                                TAX DIVISION
 8                              Eduardo Rene Mendoza, Esq.
                                717 N. Harwood Street
 9                              Suite 400
                                Dallas, TX 75201
10                              214-880-9735

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1              HOUSTON, TEXAS; WEDNESDAY, MAY 1, 2024; 3:05 P.M.
2              THE COURT:  Okay, please be seated.  All right, you
3    can call it.
4              CLERK:  The Court calls Miscellaneous Action 4:22-
5    248, Andrade et. al. versus IRS-SD TX.  May I have appearances
6    by counsel?
7              MR. MENDOZA:  Eduardo R. Mendoza on behalf of the
8    United States.  Good afternoon, Your Honor.
9              MR. FLACK:  Paul Flack as withdrawing counsel for Mr.
10   Andrade and ABTC Corp.
11             MR. ANDRADE:  Rowland Marcus Andrade.
12             THE COURT:  All right.  All right.  So we're here on
13   the motion to withdrawal.  We also have that proposed order
14   that we haven't, we've never signed.  Is that correct?  So why
15   don't we get that done?
16             MR. ANDRADE:  Should I start?
17             THE COURT:  Sure.
18             MR. ANDRADE:  With all respect, sir, me and Mr.
19   Mendoza were going back and forth trying to -- I requested
20   clarification on the amount summonses.  And I asked him to let
21   me see the transcript.  Right after that, he went ahead and
22   sent a message to Paul about filing a competing order.
23             THE COURT:  So you put -- I've noticed all the
24   language that you included in here was a whole bunch of "Since
25   what was said at the hearing was this, since what was said in
```

1  the hearing was that."  You can stand up.  It's okay.  All
2  right.  And so you had a lot of language that is available in
3  the hearing that you just kind of wanted to put in there
4  because, quite frankly, it seemed a little self-serving.
5         We had an agreement amongst the attorneys and you had
6  things that said something like the effect of, "since Mr. James
7  confirmed at the hearing that the only summonses issued were
8  X."  So it doesn't change anything that was in the order.  Is
9  this what the relationship fell apart over with your attorney?
10         MR. ANDRADE:  No.  It was the proposed order that was
11 sent about two hours prior to that.  Okay.  I didn't see the
12 proposed order until after it was sent off.  And, you know, the
13 government deleted points out from the proposed order.  The,
14 the issue of the order, sir, in my opinion, was is the motion
15 to quash really moot after the government already takes it?
16 And normally, naturally, everybody would think it was moot and
17 that the court couldn't order any type of relief.  You know,
18 normally, that's what everyone would think.
19         THE COURT:  So my question to you is what is in this
20 order that is inconsistent?  Because I went back and listened
21 to the hearing.  What in this order is inconsistent with what I
22 held on the bench?
23         MR. ANDRADE:  With all respect, sir, the government
24 states, did state what was specific that there were only the
25 two, the September summons, the May summons, and the one

1   containing the –

2            THE COURT:  I understand we're back to the summonses.
3   Listen to my question.  What in this order is inconsistent with
4   what my rulings were as opposed to what was said at the
5   hearing?

6            MR. ANDRADE:  Forgive me, Your Honor.  I didn't bring
7   the papers.

8            THE COURT:  Here you go.  Kelli, will you hand that
9   to him?

10           MR. ANDRADE:  Thank you.

11           THE COURT:  I went back and listened to the hearing
12  and that seems fairly consistent with what I held.  Now I know
13  you wanted some additional information that you think would
14  help you out.  But that doesn't change my ruling.  Like I said,
15  the hearing is what was said on the record.

16           You can request a copy of that transcript, but
17  everything that is said in the transcript doesn't make its way
18  into an order.  So what in that -- let's go down one by one.
19  Go ahead.  What in there did I, are you saying that I did not
20  rule from the bench on?

21           MR. ANDRADE:  Okay.  As far as on one, sir, and I do
22  believe that is on the record, that the ruling for the first
23  one is –

24           THE COURT:  So on Number 1, you had proposed
25  language.  I ruled this was denied as moot.  And then you

1    wanted to add "since Ms. James confirmed that the only summons
2    issued were those attached to the pleadings."  All that doesn't
3    change my ruling.
4             That's just something you want in my order.  That
5    doesn't change my ruling.  So what about Number 1 is wrong?
6    Should I have granted?
7             MR. ANDRADE:  So the court was relying on the
8    information provided by the government.
9             THE COURT:  Which is in the transcript.  But I'm
10   talking about what was in this order.  So my ruling was, with
11   respect to Number 1, that it was denied as moot.  Sounds like
12   everybody agreed to that, but you wanted to put extra stuff in
13   there.  That doesn't change my ruling.  So why does it need to
14   be in there?
15            MR. ANDRADE:  The information was coming from the
16   government and at the same time, The Court can offer partial
17   relief.
18            THE COURT:  So you didn't ask for that.  My ruling
19   was denied -- that it was going to be denied as moot, which is
20   what I said.  You may not have liked it, but that's what my
21   ruling was.  But you wanted to put some additional information,
22   "Since Ms. James confirmed," and you did that for all of this.
23            And for the next one, you said you didn't want to
24   change the denied.  You were okay with that in your letter
25   dated April 15th, 2024.  It's Document 11-4.  You didn't change

Case 4:24-mc-00248   Document 54   Filed on 10/10/24 in TXSD   Page 7 of 14
Page 7

```
1    any of the rulings.  All you wanted to do was add information
2    that was self-serving that is in the -- that was said on the
3    record by people other than me.  Now why would I include that
4    in my word?
5              MR. ANDRADE:  It was my opinion that that's what the
6    court relied on.  That was the only reason for that.
7              THE COURT:  All right.  So, I didn't see anything
8    that was in that proposed order that you wanted me to change
9    the ruling as far as the denied, denied as moots, and the
10   granted.  You just wanted extra stuff in there.
11             MR. ANDRADE:  I just wanted the record to show that
12   the court would relied upon what the government stated in the
13   hearing.
14             THE COURT:  Let me ask this again.  Is there anything
15   on there that you think should have -- that is incorrect as far
16   as denied as moot or granted?
17             MR. ANDRADE:  Okay.  So then let me see the that's
18   wrote –
19             THE COURT:  You can have your letter.  Here it is.
20             MR. ANDRADE:  Thank you.  On Number 2, you correct
21   sir, it was denied as moot since the government stated –
22             THE COURT:  Right.  You want that extra stuff.  Do
23   you want me to change denied as moot or do you want me to grant
24   the government's motion and let them have at your documents?
25             MR. ANDRADE:  They already have the documents.
```

```
 1              THE COURT:  Okay.  So let me ask you.  Go through
 2   those.  Don't talk to me about the extra language that's in
 3   there that the government said.  Tell me what ruling you
 4   disagree with in the proposed order as far as the denied or
 5   granted.  Which one do you think is wrong?
 6              MR. ANDRADE:  I believe the first one is wrong.  I
 7   believe that more summonses exist.
 8              THE COURT:  No, I denied --
 9              MR. ANDRADE:  Okay.
10              THE COURT:  I denied it, right?
11              MR. ANDRADE:  I'll move to the next one.
12              THE COURT:  Because you don't want me to grant it.
13   Right?
14              MR. ANDRADE:  I do.  I'd like them to show us all the
15   summonses that exist.  I would expect there to be more summons.
16              THE COURT:  All right.
17              MR. ANDRADE:  Okay?  Because I couldn't get the
18   government to agree to be specific.  So that was the –
19              THE COURT:  All right. Let's do this.  I'm going to
20   move on to the motion to withdraw.  I'm going to grant the
21   motion to withdraw.  It's agreed, right?  You do not oppose it?
22              MR. ANDRADE:  I don't oppose it.  I do have counsel
23   that should be filing --
24              THE COURT:  You got counsel.  Okay.  Because I'm
25   going to tell you something.  You can represent yourself pro
```

```
 1   se.  You've got that right.  You can absolutely do that.  But
 2   ABTC Corporation cannot be represented by you because you're
 3   not an attorney, correct?
 4             MR. ANDRADE:  Yes, sir.
 5             THE COURT:  All right.  So it will not be able to
 6   represent itself.  So, whatever the government does at some
 7   point, you will be in default and you won't be able to contest
 8   it.  Do you understand?
 9             MR. ANDRADE:  I'll have a notice of appearance no
10   later than Monday.
11             THE COURT:  All right.
12             MR. ANDRADE:  I already have a contract with counsel,
13   sir.
14             THE COURT:  All right.  So you're no longer
15   requesting for me to appoint you a counsel.
16             MR. ANDRADE:  No, sir.
17             THE COURT:  Okay.
18             MR. ANDRADE:  (indiscernible).
19             THE COURT:  Go ahead.
20             MR. ANDRADE:  With all due respect, sir, I'm
21   tremendously sorry for having a panic attack, and I started
22   breathing heavily last time.  I swear to you –
23             THE COURT:  I don't even remember you doing that.
24             MR. ANDRADE:  I did.  I had a panic attack right here
25   and I started breathing very, very heavily.  Mr. Paul was right
```

1    beside me.  I haven't been seen since that day.  I'm really pro
2    se, sir.  You don't remember me doing that, sir --
3             THE COURT:  I do not.
4             MR. ANDRADE:  But most likely, I did.
5             THE COURT:  All right.  So I'm going to grant
6    Document Number 12.  You're going to have somebody who's going
7    to file a notice of appearance when?
8             MR. ANDRADE:  No later than Monday.
9             THE COURT:  All right, so they'll file on Monday.
10   Otherwise, I'm moving forward and so will the government.
11   Okay?  Did you have a proposed order?
12            MR. FLACK:  Yes, Your Honor.  We submitted one with
13   the motion.  I have a copy if you'd like.
14            THE COURT:  All right.  No, I've got it here.  So you
15   can file the, which is 12-1.  All right.  So that is granted.
16   We'll get the proposed order that we're dealing with the merits
17   of the previous motion.  What's the next steps in this case
18   then after this?  We've got the briefing coming?
19            MR. ANDRADE:  The briefings are done.  It's just the
20   rulings.
21            THE COURT:  That's what I'm saying.
22            MR. MENDOZA:  So it looks like the briefing is
23   complete, Your Honor.
24            THE COURT:  I'm talking about because he's got new
25   counsel.  Does he need some time to be able to weigh in?

```
 1             MR. MENDOZA:  He filed his response, Your Honor, this
 2   past Saturday.
 3             THE COURT:  Oh, is that his new counsel that did
 4   that?
 5             MR. MENDOZA:  No.  It was him, himself, actually.
 6   pro se I believe.
 7             THE COURT:  Right.  And I'm talking about who is
 8   going to represent you?
 9             MR. ANDRADE:  His name is E. Rhett Buck.
10             THE COURT:  All right.
11             MR. ANDRADE:  And he's from the E. Rhett Buck Law
12   Firm.
13             THE COURT:  All right.  So I know that he filed it
14   pro se, but he can't file anything on behalf of ABTC Corp. and
15   so I'm trying to figure out what we're doing for scheduling
16   since he's got new counsel coming in to look at and/or
17   supplement what was filed and to file something on behalf of
18   the corporation.
19             MR. MENDOZA:  Understood.
20             MR. ANDRADE:  Your Honor, on my behalf, sir, Mr.
21   Flack went and filed it on my behalf.  Okay.
22             THE COURT:  I didn't see that.
23             MR. ANDRADE:  So I did file technically.  So I
24   wouldn't do Pacer, I had counsel technically.  He filed it.  So
25   in my opinion, it's just the ruling.
```

```
 1                THE COURT:  So they filed - you filed - you've
 2   already done the briefing on behalf of the corporation?
 3                MR. FLACK:  No, Your Honor.
 4                THE COURT:  Yeah, I didn't see that.
 5                MR. FLACK:  He sent me a paper he asked me to file.
 6   And I filed it, but it's signed by him.
 7                THE COURT:  Okay.  All right.  So you cannot file
 8   something on behalf of the corporation.  You are not a lawyer.
 9   So a corporation has to be represented by an attorney.  All
10   right?
11                So at this point, I do not have a response from ABTC
12   Corp.  So, your new attorney can come in and I'll give him a
13   week to file something and to clean up what you filed.  And
14   then, I'm going to rule.  Okay?  All right.  Okay.  Anything
15   further?
16                MR. FLACK:  No, Your Honor.
17                MR. MENDOZA:  No, Your Honor, not from the
18   government.
19                THE COURT:  All right.  Everybody is excused.  Thank
20   you.
21         (Hearing adjourned at 3:17 PM)
22                           * * * * *
23
24
25
```

1                             I N D E X

2

3                             RULINGS

4                                                 Page      Line

5   Motion to withdraw                              8         14

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T I O N
 2
 3        I, Sonya Ledanski Hyde, certified that the foregoing
 4   transcript is a true and accurate record of the proceedings.
 5
 6   [signature: Sonya M. Ledanski Hyde]
 7
 8   Sonya Ledanski Hyde
 9
10
11
12
13
14
15
16
17
18
19
20   Veritext Legal Solutions
21   330 Old Country Road
22   Suite 300
23   Mineola, NY 11501
24
25   Date:  October 10, 2024
```