IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ROWLAND MARCUS ANDRADE** and ABTC Corp., | § § § § § | |
| *Movants,* | § | |
| VS. | § § | Case No. 4:24-MC-00248 |
| **UNITED STATES DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE,** | § § § § § | |
| *Respondent.* | § | |

## ORDER ON THE MOVANTS' MOTION FOR MODIFIED STAY

Before the Court is the Movants' Motion for Modified Stay (Dkt. No. 59) (the Motion). The Motion asks the Court to modify the stay entered by the Court's October 11, 2024 order (Dkt. No. 58). Although the parties disagree that the Movants have established they are entitled to a stay, they agree to a modification of the stay. Finding good cause for such modification, the Court **GRANTS** the Motion.

The stay entered by the Court's October 11, 2024 order (Dkt. No. 58) is **MODIFIED** as follows: The Court's order entered August 8, 2024 (Dkt. No. 41) is **STAYED** until the United States Court of Appeals for the Fifth Circuit decides the Movants' appeal of that order, which is currently pending in Fifth Circuit Case No. 24-20376. The Movants are **ORDERED** to promptly file a Notice to the Court advising the Court that the Fifth Circuit has decided the Movants' appeal, whenever that time occurs.

It is so **ORDERED**.

Signed this __24th__ of October, 2024

                                                  _____
                                                  Drew B. Tipton
                                          UNITED STATES DISTRICT JUDGE